

TO: Stephen C. Dries
Clerk of Court

FROM: Rhonda Cotton

DATE: June 5, 2018

SUBJECT: Bill of Cost

<u>Cotton v. Milwaukee Area Technical College District Board of Directors</u>

<u>Case No. 16-CV-1202</u>

Thank you for your letter dated May 24, 2018. However, I object to having to pay the attorney fees for MATC. Without any prior notice, my attorney withdrew from my case due to a conflict of interest. Therefore, I am appealing my case. Attorney fees and other related expenses will continually be associated with the appeal.

Additionally, I work a dual position for MATC, part-time faculty and full-time educational assistant, Limited Term, (LTE). Currently my summer teaching session has been reduced from six weeks to four week.

The LTE position is a 43 week grant funded position. Therefore, if I receive a return to work letter before fall 2018, indicating the LTE position has been extended, then I will return to work based on the dates in the letter. All of my employment ends by June 30, 2018.

In addition, I am in graduate school full-time to complete my PhD. My education is solely funded through loans and credit cards. The repayment terms for my educational is $625.67 per month, which begins July 4, 2018.