U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2019 APR 22 P 12: 31

STEPHEN C. DRIES
CLERK

April 22, 2019

Rhonda Cotton
PO Box 1763
Brookfield, WI 53008

Re: **Cotton v. Milwaukee Area Technical College District Board of Directors**
**Case No. 16-cv-1202**

Dear Mr. Dries:

I object to the defendant's proposed Bill of Cost in the above case.

Thank you, kindly,

Rhonda Cotton